| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| LISABETH ARMSTRONG,<br><br>Plaintiff,<br><br>v.<br><br>ED BONNER, et al.,<br><br>Defendants. | No. 2:13-cv-1201 KJM CKD PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se. Plaintiff has requested permission under Local Rule 133(b)(2) and (3) to utilize electronic filing. Plaintiff has not provided sufficient reasons for granting an exception under the Local Rule. Plaintiff's request will therefore be denied.

Under the June 17, 2013 order setting status conference (ECF No. 5), plaintiff was advised that all defendants must be served within 120 days of the date the complaint was filed. See Fed. R. Civ. P. 4(m). The complaint was filed June 17, 2013; under Federal Rule of Civil Procedure 4, all defendants should be served no later than October 15, 2013. No proofs of service of summons on defendants have been filed. Plaintiff is again cautioned that failure to timely serve defendants may result in a recommendation that this action be dismissed.

Plaintiff is reminded that this matter is set for status conference on November 20, 2013 and that status reports must be filed no later than November 6, 2013.

/////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's request to file electronically
2   (ECF No. 8) is denied.
3   Dated: October 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7   4 armstrong.ecf